

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

PANCOAST TRADING, S.A.                :

            Plaintiff,                :

    - against -                               :      08 CV
                                        ECF CASE

REJOY SHIPPING CO., LTD.          :

            Defendant.          :
------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: February 26, 2008
       New York, NY

                                      The Plaintiff,
                                      PANCOAST TRADING, S.A.

                                      By: _/s/ Claurisse Campanale-Orozco_
                                      Claurisse Campanale-Orozco (CC 3581)
                                      Thomas L. Tisdale (TT 5263)
                                      TISDALE LAW OFFICES, LLC
                                      11 West 42nd Street, Suite 900
                                      New York, NY 10036
                                      (212) 354-0025 – phone
                                      (212) 869-0067 – fax
                                      corozco@tisdale-law.com
                                      ttisdale@tisdale-law.com